ACCEPTED
06-14-00228-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/13/2015 9:27:12 AM
DEBBIE AUTREY
CLERK

## NO. 06-14-00228-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/13/2015 9:27:12 AM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| **DAVID GARCIA REYES,** | § | **COURT OF APPEALS** |
| **APPELLANT** | § | |
| | § | **IN THE SIXTH DISTRICT** |
| **v.** | § | |
| | § | **OF TEXAS AT DALLAS** |
| **THE STATE OF TEXAS,** | § | |
| **APPELLEE** | § | |

### STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW the State of Texas, through the Criminal District Attorney of Dallas County, and respectfully requests that this Court extend the deadline for filing of the State's Brief. *See* Tex. R. App. P. 38.6(d). In support of this Motion, the State would show the Court the following:

### I.

On November 7, 2014, a jury found appellant guilty of sexual assault of a child and sentenced him to fifteen years' confinement.

### II.

Appellant filed his brief on appeal on May 13, 2015. Under Rule 38.6 of the Texas Rules of Appellate Procedure, the State's brief was due June 12, 2015. This Court granted the State's first motion for extension, setting the new deadline to

July 13, 2015. The State now seeks a fourteen-day extension of the deadline for the filing of its brief, setting the new deadline to July 27, 2015.

**III.**

There is a reasonable explanation for the State's need for an extension. Counsel was unable to complete the State's brief before the original deadline because of her busy docket on post-conviction applications for writs of habeas corpus as well as a deadline in an accelerated appeal (*Dillard v.* State, No. 05-15-00488-CR). Since the deadline for the State's brief was first extended, the undersigned counsel has filed responses to nine more post-conviction applications for writs of habeas corpus, along with proposed findings on each writ. Counsel has also spent time beginning its investigation into claims of ineffective assistance and actual innocence in two post-conviction habeas applications that are currently pending. Finally, counsel was assigned in early July to review and edit the written work of another attorney in the appellate division of the Dallas County District Attorney's Office. Counsel spent the majority of the past week on this assignment.

For the foregoing reasons, additional time is necessary for the preparation and filing of the State's brief on this matter.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that the filing deadline for the State's brief be extended to July 27, 2015.

Respectfully submitted,

/s/ Grace E. Shin

_____

Susan Hawk

Criminal District Attorney

Dallas County, Texas

Grace E. Shin

Assistant District Attorney

State Bar No. 24033062

Frank Crowley Courts Bldg.

133 N. Riverfront Blvd., LB-19

Dallas, Texas 75207-4399

(214) 653-3631

(214) 653-3643 *fax*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of this Motion has been served on appellant's attorney, Kathleen Walsh, via eFile at Kathleen.Walsh@dallascounty.org on July 13, 2015.

/s/ Grace E. Shin

_____

Grace E. Shin